# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTDISTRICT LITIGATION

| | |
|---|---|
| IN RE: UNITED STATES SOCCER FEDERATION PAY DISCRIMINATION LITIGATION | ) MDL No.<br>)<br>)<br>) |

## MOTION OF PLAINTIFFS FOR TRANSFER OF ACTIONS TO THE CENTRAL DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS

Plaintiffs Alex Morgan, Megan Rapinoe, Becky Sauerbrunn, Carli Lloyd, Morgan Brian, Jane Campbell, Danielle Colaprico, Abby Dahlkemper, Tierna Davidson, Crystal Dunn, Julie Ertz, Adrianna Franch, Ashlyn Harris, Tobin Heath, Lindsey Horan, Rose Lavelle, Allie Long, Merritt Mathias, Jessica McDonald, Samantha Mewis, Alyssa Naeher, Kelley O'Hara, Christen Press, Mallory Pugh, Casey Short, Emily Sonnett, Andi Sullivan and McCall Zerboni ("Plaintiffs"), the named plaintiffs in the putative class action *Morgan et al. v. United States Soccer Federation*, Case No. 2:19-cv-01717, respectfully move this Panel, pursuant to 28 U.S.C. §1407, for transfer of the related action, *Solo v. United States Soccer Federation*, Case No. 3:18-cv-05215 JD, to the Central District of California.

Dated: March 8, 2019　　　　　　　　　　WINSTON & STRAWN LLP

　　　　　　　　　　By:　/s/ *Jeffrey L. Kessler*
　　　　　　　　　　　　　Jeffrey L. Kessler
　　　　　　　　　　　　　jkessler@winston.com
　　　　　　　　　　　　　David G. Feher
　　　　　　　　　　　　　dfeher@winston.com
　　　　　　　　　　　　　WINSTON & STRAWN LLP
　　　　　　　　　　　　　200 Park Avenue
　　　　　　　　　　　　　New York, New York 10166
　　　　　　　　　　　　　Telephone: (212) 294- 6700
　　　　　　　　　　　　　Facsimile: (212) 294-4700

　　　　　　　　　　　　　Cardelle B. Spangler
　　　　　　　　　　　　　cspangler@winston.com
　　　　　　　　　　　　　WINSTON & STRAWN LLP
　　　　　　　　　　　　　35 West Wacker Drive
　　　　　　　　　　　　　Chicago, Illinois 60601
　　　　　　　　　　　　　Telephone: (312) 558-5600
　　　　　　　　　　　　　Facsimile: (312) 558-5700

　　　　　　　　　　　　　Diana Hughes Leiden
　　　　　　　　　　　　　dhleiden@winston.com
　　　　　　　　　　　　　WINSTON & STRAWN LLP
　　　　　　　　　　　　　333 South Grand Avenue, 38th Floor
　　　　　　　　　　　　　Los Angeles, California 90071-1543
　　　　　　　　　　　　　Telephone: (213) 615-1700
　　　　　　　　　　　　　Facsimile: (213) 615-1750

　　　　　　　　　　　　　Jeanifer E. Parsigian
　　　　　　　　　　　　　jparsigian@winston.com
　　　　　　　　　　　　　WINSTON & STRAWN LLP
　　　　　　　　　　　　　101 California St., 35th Floor
　　　　　　　　　　　　　San Francisco, CA 94111
　　　　　　　　　　　　　Telephone: (415) 591-1000
　　　　　　　　　　　　　Facsimile: (415) 591-1400

　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　ALEX MORGAN, MEGAN RAPINOE,
　　　　　　　　　　　　　BECKY SAUERBRUNN, CARLI LLOYD,
　　　　　　　　　　　　　MORGAN BRIAN, JANE CAMPBELL,
　　　　　　　　　　　　　DANIELLE COLAPRICO, ABBY
　　　　　　　　　　　　　DAHLKEMPER, TIERNA DAVIDSON,
　　　　　　　　　　　　　CRYSTAL DUNN, JULIE ERTZ,
　　　　　　　　　　　　　ADRIANNA FRANCH, ASHLYN HARRIS,
　　　　　　　　　　　　　TOBIN HEATH, LINDSEY HORAN, ROSE

LAVELLE, ALLIE LONG, MERRITT MATHIAS, JESSICA MCDONALD, SAMANTHA MEWIS, ALYSSA NAEHER, KELLEY O'HARA, CHRISTEN PRESS, MALLORY PUGH, CASEY SHORT, EMILY SONNETT, ANDI SULLIVAN AND MCCALL ZERBONI